**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**MARY DELORES WHISBY,**

      Plaintiff,

v.

**COLLECTION RECEIVABLES, INC. and
JOHN DOES 1-10,**

      Defendants.

Civil Action 7:12-CV-136 (HL)

**ORDER**

Counsel for Plaintiff is ordered to provide a report in writing as to the status of this litigation. The report must be filed no later than February 21, 2013. Failure to file a timely response to this Order will result in the dismissal of Plaintiff's complaint without prejudice.

**SO ORDERED**, this the 14th day of February, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh