IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **MARY DELORES WHISBY,**<br><br>    Plaintiff,<br><br>v.<br><br>**COLLECTION RECEIVABLES, INC. and JOHN DOES 1-10,**<br><br>    Defendants. | Civil Action 7:12-CV-136 (HL) |

## ORDER

Counsel for Plaintiff is ordered to provide a report in writing as to the status of this litigation. The report must be filed no later than February 21, 2013. Failure to file a timely response to this Order will result in the dismissal of Plaintiff's complaint without prejudice.

**SO ORDERED**, this the 14th day of February, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh