IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **MARY DELORES WHISBY,**<br><br>    Plaintiff,<br><br>v.<br><br>**COLLECTION RECEIVABLES, INC. and JOHN DOES 1-10,**<br><br>    Defendants. | Civil Action 7:12-CV-136 (HL) |

### ORDER

On February 14, the Court entered an order requiring Plaintiff to provide a report in writing as to the status of this litigation no later than February 21, 2013. No status report has been filed to date. Plaintiff was warned that failure to file a timely response to the order would result in the dismissal of Plaintiff's complaint without prejudice. In light of Plaintiff's failure to abide by the Court's order, this case is dismissed without prejudice.

**SO ORDERED**, this the 27th day of February, 2013.

            *s/ Hugh Lawson*
            **HUGH LAWSON, SENIOR JUDGE**

mbh